UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS GUERRERO,                          *
                                        *
        Plaintiff,                      *
                                        *
    v.                                  *          Civil Action No. 10-12047-JLT
                                        *
UNITED STATES OF AMERICA,               *
                                        *
        Defendant.                      *

ORDER

May 31, 2011

TAURO, J.

        This court ACCEPTS and ADOPTS the May 12, 2011 Report and Recommendation [#6]

of Magistrate Judge Boal.  For the reasons set forth in the Report and Recommendation, this

court hereby orders that this action is DISMISSED WITHOUT PREJUDICE.  This case is

CLOSED.

IT IS SO ORDERED.


                                            /s/ Joseph L. Tauro
                                          United States District Judge